**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| QUARTEZ T. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv357-MHT |
| | ) | (WO) |
| ROBIN YOUNG, C/O, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| QUARTEZ T. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv888-MHT |
| | ) | (WO) |
| ROBIN YOUNG, C/O, and M. | ) | |
| SCOTT, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging that the defendant correctional officers used excessive force against him in violation of the Eighth Amendment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's

motion to dismiss defendant Lieutenant John Hudson be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of May, 2017.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**