IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| QUARTEZ T. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv357-MHT |
| | ) | (WO) |
| ROBIN YOUNG, C/O, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| QUARTEZ T. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv888-MHT |
| | ) | (WO) |
| ROBIN YOUNG, C/O, and M. SCOTT, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 37) is adopted.

(2) Plaintiff's motion to dismiss defendant John Hudson (doc. no. 35) is granted, and defendant John Hudson is dismissed from, and terminated as a party to, this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the magistrate judge for additional proceedings with respect to the remaining defendants.

DONE, this the 16th day of May, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**