**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| QUARTEZ T. THOMAS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv357-MHT |
| | ) | (WO) |
| ROBIN YOUNG, C/O, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| QUARTEZ THOMAS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv888-MHT |
| | ) | (WO) |
| ROBIN YOUNG, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed these consolidated lawsuits stemming from an incident of alleged excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's cases be dismissed without prejudice. There are no

objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2018.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**