IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

QUARTEZ T. THOMAS,            )
                             )
     Plaintiff,               )
                             )        CIVIL ACTION NO.
     v.                       )        2:16cv357-MHT
                             )           (WO)
ROBIN YOUNG, C/O, et al.,    )
                             )
     Defendants.             )


QUARTEZ THOMAS,               )
                             )
     Plaintiff,               )
                             )        CIVIL ACTION NO.
     v.                       )        2:16cv888-MHT
                             )           (WO)
ROBIN YOUNG, et al.,          )
                             )
     Defendants.             )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 58) is adopted.

(2) These two lawsuits are dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These two cases closed.

DONE, this the 31st day of January, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE